AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| THE CHEROKEE NATION, ET AL., | ) |
| | ) |
| | ) Case No. 1:20-cv-02167-TJK |
| U.S. DEPARTMENT OF THE INTERIOR, ET AL., | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THE CHEROKEE NATION, THE CHICKASAW NATION, THE CHOCTAW NATION, THE CITIZEN POTAWATOMI NATION.

Date: August 12, 2020

*/s/ Colin C. Hampson*
*Attorney's signature*

Colin C. Hampson, DC Bar No. 448481
*Printed name and bar number*

Sonosky, Chambers, Sachse, Endreson & Perry, LLP
145 Willow St., Ste. 200, Bonita, CA 91902-1349
*Address*

champson@sonoskysd.com
*E-mail address*

(619) 267-1306
*Telephone number*

(619) 267-1388
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2020, I electronically filed the above and foregoing document with the Clerk of Court via the ECF System for filing and caused it to be mailed by First Class U.S. mail to all Defendants.

*/s/ Colin C. Hampson*
Colin C. Hampson
