# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHEROKEE NATION, et al., | ) |
| *Plaintiffs,* | ) ) ) |
| v. | ) Civil Action No.: 1:20-cv-2167 (TJK) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.,* | ) ) ) ) |
| *Defendants.* | ) ) / |

## DEFENDANTS JOE BUNCH AND BRIAN GIVENS' MOTION TO DISMISS FIRST AMENDED COMPLAINT

Defendants JOE BUNCH, IN HIS OFFICIAL CAPACITY AS CHIEF OF THE UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA ("Chief Bunch"), and BRIAN GIVENS, IN HIS OFFICIAL CAPACITY AS MEKKO OF THE KIALEGEE TRIBAL TOWN ("Mekko Givens"), by and through their undersigned counsel, hereby move for entry of an Order of this Court dismissing Chief Bunch and Mekko Givens from Plaintiffs' First Amended Complaint [D.N. 24-1], based upon (1) the failure of the Plaintiffs to state a claim against Chief Bunch and Mekko Givens; (2) lack of subject matter jurisdiction, and (3) sovereign immunity. In support thereof, the Court is respectfully referred to the accompanying Memorandum of Points and Authorities.

Wherefore, Chief Bunch and Mekko Givens respectfully request that their Motion to Dismiss First Amended Complaint be granted.

Respectfully submitted this 13th day of October, 2020.

/s/ *Klint A. Cowan*
Klint A. Cowan, admitted *pro hac vice*

**Fellers Snider Blankenship Bailey
 & Tippens, P.C.**
100 N. Broadway, Suite 1700
Oklahoma City, OK 73102-9211
Email: Kcowan@FellersSnider.com
Tel: (405) 232-0621
Fax: (405) 232-9659


 /s/ *Jeffrey C. Nelson*
Jeffrey C. Nelson, Bar # 462481
**Maglio Christopher & Toale, P.A.**
1015 15th St NW, Suite 1125
Washington, DC 20005
Email: Jnelson@mctlaw.com
Email: ebanfelder@mctlaw.com
Tel: 888.952.5242
Fax: 977.952.5042

Altom M. Maglio, Bar # 456975
Laura Bauman, admitted *pro hac vice*
**Maglio Christopher & Toale, P.A.**
1605 Main Street, Suite 710
Sarasota, FL 34236
Email: amm@mctlaw.com
Email: lbauman@mctlaw.com
Email: ebanfelder@mctlaw.com
Tel: 888.952.5242
Fax: 977.952.5042

*Attorneys for Defendants, JOE BUNCH, in his capacity as the Chief of the United Keetoowah Band of Cherokee Indians in Oklahoma, and BRIAN GIVENS, in his official capacity as the Mekko of the Kialegee Tribal Town*

## CERTIFICATE OF SERVICE

I, Erika Banfelder, hereby certify that on October 13, 2020 the foregoing documents were filed through CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

      /s/ *Erika Banfelder*
    Erika Banfelder