UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHEROKEE NATION, et al., ) | |
| ) | |
|    *Plaintiffs,* ) | |
| ) | |
| v. ) | Civil Action No.: 1:20-cv-2167 (TJK) |
| ) | |
| UNITED STATES DEPARTMENT OF THE ) INTERIOR, *et al.,* ) | |
| ) | |
|    *Defendants.* ) | |

**ORDER GRANTING DEFENDANTS JOE BUNCH AND BRIAN GIVENS'
MOTION TO DISMISS FIRST AMENDED COMPLAINT**

[proposed]

The Court having reviewed Defendants JOE BUNCH, IN HIS OFFICIAL CAPACITY AS CHIEF OF THE UNITED KEETOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA and BRIAN GIVENS, IN HIS OFFICIAL CAPACITY AS MEKKO OF THE KIALEGEE TRIBAL TOWN's Motion to Dismiss First Amended Complaint and the parties' responses thereto, hereby grants said Motion to Dismiss Defendants Bunch and Givens, with prejudice.

SO ORDERED this _____ day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE

Persons entitled to be served:

Frank S. Holleman, Bar #1011376
Sonosky, Chambers, Sachse, Endreson & Perry, LLP
1425 K Street, NW, Suite 600
Washington, DC 2005
fholleman@sonosky.com

Colin C. Hampson, Bar#448481
Sonosky, Chambers, Sachse, Endreson & Perry, LLP
145 Willow Road, Suite 200
Bonita, CA 91902
champson@sonosky.com

Sara Hill, admitted *pro hac vice*
P.O. Box 1533
Tahlequah, OK 74465
Sara-hill@cherokee.org

Stephen Greetham, admitted *pro hac vice*
4001 N. Lincoln Blvd.
Oklahoma City, OK 73105
Stephen.greetham@chickasaw.net

Bradley Mallett, admitted *pro hac vice*
P.O. Box 1210
Durant, OK 74702
bmallett@choctawnation.com

Gregory Quinlan, admitted *pro hac vice*
George Wright, admitted *pro hac vice*
1601 S. Gordon Cooper Dr.
Shawnee, OK 74801
Gquinlan@potawatomi.org
George.wright@potawatomi.org

Kristofor R. Swanson
Matthew M. Marinelli
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Kristofor.swanson@usdoj.gov
Matthew.Marinelli@usdoj.gov

Robert A. Rosette, *pro hac vice* pending
Saba Bazzazieh, *pro hac vice* pending
Brett Stavin, *pro hac vice* pending
Conly J. Schulte, Of Counsel, *renewal* pending
Rosette, LLP
1100 H. Street, NW, Suite 820
Washington, DC 20005
rosette@rosettelaw.com
sbazzazieh@rosettelaw.com
bstavin@rosettelaw.com
cschulte@rosettelaw.com

Phillip Whaley, *pro hac vice* pending
Ryan Whaley Coldiron Jantzen
 Peters & Webber
400 N. Walnut Avenue
Oklahoma City, OK 73104
pwhaley@ryanwhaley.com