# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHEROKEE NATION, et al., ) <br> ) <br> *Plaintiffs,* ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, *et al.,* ) <br> ) <br> *Defendants.* ) <br> ) | Civil Action No.: 1:20-cv-02167 (TJK) |

## DEFENDANTS BUNCH AND GIVENS' RESPONSE TO SHOW CAUSE ORDER

Defendants JOE BUNCH, IN HIS OFFICIAL CAPACITY AS CHIEF OF THE UNITED KEETOOWAH BAND OF CHEROKEE INDIANS IN OKLAHOMA, and BRIAN GIVENS, IN HIS OFFICIAL CAPACITY AS MEKKO OF THE KIALEGEE TRIBAL TOWN, by and through their undersigned counsel, hereby respond to the Court's Minute Order entered on October 6, 2020 stating that all parties have until November 5, 2020 to show cause as to why this case should not be transferred to the Western District of Oklahoma. Defendants Bunch and Givens do not have a position regarding transfer of venue of this case.

Dated: November 3, 2020

                                          Respectfully submitted,

                                          /s/ *Klint A. Cowan*
                                          Klint A. Cowan, admitted *pro hac vice*
                                          **Fellers Snider Blankenship Bailey & Tippens, P.C.**
                                          100 N. Broadway, Suite 1700
                                          Oklahoma City, OK 73102-9211
                                          Email: kcowan@FellersSnider.com
                                          Tel: (405) 232-0621
                                          Fax: (405) 232-9659

/s/ *Jeffrey C. Nelson*
Jeffrey C. Nelson, Bar # 462481
**Maglio Christopher & Toale, P.A.**
1015 15th St NW, Suite 1125
Washington, DC  20005
Email: jnelson@mctlaw.com
Email: ebanfelder@mctlaw.com
Tel: (888) 952-5242
Fax: (977) 952-5042

Altom M. Maglio, Bar # 456975
Laura Bauman, admitted *pro hac vice*
**Maglio Christopher & Toale, P.A.**
1605 Main Street, Suite 710
Sarasota, FL 34236
Email: amm@mctlaw.com
Email: lbauman@mctlaw.com
Email: ebanfelder@mctlaw.com
Tel: (888) 952-5242
Fax: (977) 952-5042

*Attorneys for Defendants, JOE BUNCH, in his capacity as the Chief of the United Keetoowah Band of Cherokee Indians in Oklahoma, and BRIAN GIVENS, in his official capacity as the Mekko of the Kialegee Tribal Town*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2020, the foregoing documents were electronically filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        */s/ Erika Banfelder*
                                        Erika Banfelder