**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE CHEROKEE NATION, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, *et al.*, )<br>)<br>Defendants. ) | Case No. 1:20-cv-02167 (TJK) |

**NOTICE OF APPEARANCE**

Defendant J. Kevin Stitt, in his official capacity as Governor Stitt of the State of Oklahoma ("Governor Stitt") and the State of Oklahoma (the "State") (collectively "Oklahoma"), by counsel, files this Notice of Appearance notifying the Court and all counsel that Mary C. Zinsner, Esq. of the law firm of Troutman Pepper Hamilton Sanders LLP will serve as counsel in this matter on behalf of Oklahoma.

Respectfully submitted,

/s/ Mary C. Zinsner
Mary C. Zinsner (DC Bar No. 430091)
Troutman Pepper Hamilton Sanders LLP
401 9th Street, N.W., Suite 100
Washington, DC 20004
Telephone: (202) 274-1932
Facsimile: (703) 488-6514
Email: mary.zinsner@troutman.com

Phillip G. Whaley (*admitted pro hac vice*)
Daniel G. Webber, Jr. (*admitted pro hac vice*)
Patrick R. Pearce, Jr. (*admitted pro hac vice*)
Matthew C. Kane (*admitted pro hac vice*)
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, OK  73104
Telephone:     (405) 239-6040
Facsimile:     (405) 239-6766

Case 1:20-cv-02167-TJK   Document 140   Filed 05/31/22   Page 2 of 3

Email: pwhaley@ryanwhaley.com
dwebber@ryanwhaley.com
rpearce@ryanwhaley.com
mkane@ryanwhaley.com

Jason Reese (*admitted pro hac vice*)
State of Oklahoma, Office of the Governor
2300 N. Lincoln Boulevard, Suite 212
Oklahoma City, OK  73105
Telephone:     (405) 521-2342
Email: Jason.Reese@gov.ok.gov

*Attorneys for Defendants,*
*J. KEVIN STITT, in his official capacity as the Governor of the State of Oklahoma, and ex rel. STATE OF OKLAHOMA, as the real party in Interest*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2022, I electronically filed the above and foregoing document with the Clerk of Court via the ECF System, which will send a notice of electronic filing to all registered users.

/s/ Mary C. Zinsner
Mary C. Zinsner (DC Bar No. 430091)