AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| The Cherokee Nation, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:20-cv-02167-TJK |
| United States Department of the Interior, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant J. Kevin Stitt, in his official capacity as the Governor of the State of Oklahoma.

Date: 10/11/2022

/s/ Zoe A. Jacoby
*Attorney's signature*

Zoe A. Jacoby, DC Bar No. 1673642
*Printed name and bar number*

1700 New York Avenue, N.W., Suite 700
Washington, DC  20006
*Address*

jacobyz@sullcrom.com
*E-mail address*

(202) 956-7500
*Telephone number*

(202) 293-6330
*FAX number*