UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------- x
                                                   :
THE CHEROKEE NATION, et al.                        :
                                                   :
              Plaintiffs,                          :
                                                   :
       v.                                          :          No. 1:20-cv-02167 (TJK)
                                                   :
U.S. DEPARTMENT OF THE                             :
INTERIOR, et al.                                   :      NOTICE OF INTENT TO FILE
                                                   :          RULE 12(C) MOTION
              Defendants.                          :
                                                   :
                                                   :
------------------------------------------------- x
```

**DEFENDANT GOVERNOR J. KEVIN STITT'S NOTICE OF SUBSTITUTE COUNSEL
AND INTENT TO FILE RULE 12(C) MOTION**

Defendant Governor J. Kevin Stitt respectfully submits this notice to inform the Court that he has recently retained the undersigned as substitute counsel and intends to file a motion under Federal Rule of Civil Procedure 12(c).

This Court granted Plaintiffs' motion to file the Second Amended Complaint in this case on September 22, 2021. On October 23, 2021, the Governor filed an Answer to the Second Amended Complaint, *see* ECF No. 110, after other defendants filed motions to dismiss the Complaint that remain pending. *See* ECF No. 106 (Federal Defendants' Motion to Dismiss); ECF No. 107 (Chairman Mark Woommavovah's Motion to Dismiss). On June 29, 2022, the Supreme Court issued its decision in *Oklahoma* v. *Castro-Huerta*, 142 S. Ct. 2486 (2022), holding that Oklahoma has jurisdiction to prosecute crimes committed by non-Indians against Indians in Indian country. In the wake of that groundbreaking decision, the Governor has conducted a review of pending litigation involving Oklahoma Tribes and the State.

As a result of that review, Governor Stitt has retained the undersigned and now intends to assert the defense that Plaintiffs' Second Amended Complaint fails to state a claim upon which

relief can be granted.  Under Rule 12, such a defense may be raised in a Rule 12(c) motion, so long as it is filed "early enough not to delay trial."  Fed. R. Civ. P. 12(c), 12(h)(2)(B).  As grounds for seeking that relief, the Governor expects to make additional arguments concerning the validity of the compacts at issue that the parties have not yet fully presented.  In particular, the Governor will explain why, based on the allegations of the Complaint and the materials incorporated therein, Plaintiffs' claims fail because the underlying compacts are valid as a matter of law.  The Governor's motion will thus bear directly on, and may assist the Court in, the appropriate resolution of this case.

The Governor is prepared to act expeditiously so as not to unduly delay this litigation. Accordingly, absent further direction from the Court, the Governor intends to file his Rule 12(c) motion by November 11, 2022.


Dated: Washington, D.C.
         October 11, 2022

                                        /s/ Jeffrey B. Wall
                                        Jeffrey B. Wall
                                        Judson O. Littleton
                                        Zoe A. Jacoby
                                        SULLIVAN & CROMWELL LLP
                                        1700 New York Avenue NW, Suite 700
                                        Washington, D.C. 20006

                                        *Counsel for Defendant Governor J. Kevin Stitt*