UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------  x
THE CHEROKEE NATION, et al.,                            :
                                                        :
                Plaintiffs,                             :
        v.                                              :   No. 1:20-cv-02167 (TJK)
                                                        :
U.S. DEPARTMENT OF THE                                  :
INTERIOR, et al.,                                       :
                                                        :
                Defendants.                             :
                                                        :
------------------------------------------------------  x
```

**MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Fed. R. Civ. P. 12(c), Defendant Governor J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, by and through undersigned counsel, respectfully moves the Court for judgment on the pleadings in his favor on Counts I-VII of the Second Amended and Supplemented Complaint, on the ground that the four compacts Plaintiffs challenge in the are valid and in effect under the Indian Gaming Regulatory Act. The complete grounds for this motion are set forth in Governor Stitt's accompanying Memorandum of Law, which is incorporated herein by reference.

November 11, 2022                               Respectfully submitted,

                                                /s/ Jeffrey B. Wall
Phillip Whaley                                  Jeffrey B. Wall
RYAN WHALEY COLDIRON JANTZEN                    Judson O. Littleton
PETERS & WEBBER PLLC                            Zoe A. Jacoby
400 North Walnut Avenue                         SULLIVAN & CROMWELL LLP
Oklahoma City, OK 73104                         1700 New York Avenue, N.W., Suite 700
                                                Washington, D.C. 20006

                                                Austin P. Mayron (*pro hac vice pending*)
                                                SULLIVAN & CROMWELL LLP
                                                125 Broad Street
                                                New York, New York  10004
                                                (212) 558-4000

*Attorneys for Defendant Governor J. Kevin Stitt*

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2022, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF filing system, which will send notification of electronic filing to all counsel of record.

/s/ Jeffrey B. Wall