# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHEROKEE NATION, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-02167 (TJK) |
| ) | |
| UNITED STATES DEPARTMENT OF THE ) | |
| INTERIOR, DEB HAALAND, in her official ) | |
| capacity as the Secretary of the Interior, et al. ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SUBSTITUTE COUNSEL

Defendant John R. Shotton, in his official capacity as the Chairman of the Tribal Council of the Otoe-Missouria Tribe of Indians, by undersigned counsel, hereby moves the Court to substitute attorney Wyatt M. Rosette for attorney Robert A. Rosette as counsel of record. Robert A. Rosette recently passed away.

Dated: November 23, 2022              Respectfully submitted,

By:   /s/ Saba Bazzazieh
Saba Bazzazieh (D.C. Bar # 1013472)
Brett Stavin (D.C. Bar # 1029526)
Wyatt M. Rosette (D.C. Bar # 1673455)
ROSETTE, LLP
1100 H Street, NW, Suite 820
Washington, DC 20005
sbazzazieh@rosettelaw.com
bstavin@rosettelaw.com
wrosette@rosettelaw.com

*Attorneys for Defendant John R. Shotton, in his official capacity as Chairman of the Tribal Council of the Otoe-Missouria Tribe*

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2022 I electronically filed the foregoing document using the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

                By:      */s/ Mary Nielsen*
                          Mary Nielsen
                          Paralegal
                          ROSETTE, LLP
                          1100 H Street, NW, Suite 820
                          Washington, DC 20005