IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Cherokee Nation**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. Department of the Interior**, et al., <br><br> Defendants. | Case No. 1:20-cv-02167-TJK <br><br> **Federal Defendants' Notice of Lodging of the Administrative Record** |

### FEDERAL DEFENDANTS' NOTICE OF LODGING OF THE ADMINISTRATIVE RECORD

Pursuant to the Court's January 3, 2023 scheduling order, Federal Defendants United States Department of the Interior; Deb Haaland, in her official capacity as Secretary, Department of the Interior; and Bryan Newland, in his official capacity as Assistant Secretary – Indian Affairs, hereby give notice of lodging the administrative record for the Department of the Interior's review of the Comanche Nation's and Otoe-Missouria Tribe's compacts that are challenged in this case. A declaration certifying the record and index of documents contained in the administrative record is attached hereto as Exhibit 1. A copy of the administrative record was served on all parties via Box.com on March 2, 2023.

Date: March 2, 2023

LISA RUSSELL
Deputy Assistant Attorney General

 *s/ Matthew Marinelli*
MATTHEW MARINELLI
(Illinois Bar No. 6277967)

Senior Attorney
Natural Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0293
Fax: (202) 305-0506
matthew.marinelli@usdoj.gov