**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE CHEROKEE NATION, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02167 (TJK) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| THE INTERIOR, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO COMPEL PRODUCTION OF DOCUMENTS NOT INCLUDED IN
ADMINISTRATIVE RECORD AS PRODUCED**

Pursuant to the Court's Minute Order of January 3, 2023 and Local Rule 7(a), Plaintiffs Cherokee Nation, Chickasaw Nation, Choctaw Nation of Oklahoma, and Citizen Potawatomi Nation ("Plaintiff Nations") respectfully request that the Court order the Defendants United States Department of the Interior, Secretary of the Interior Deb Haaland, and Assistant Secretary-Indian Affairs Bryan Newland (collectively, "Federal Defendants") to complete the administrative record by producing the recommendation that the Office of Indian Gaming ("OIG") provided to Defendant Secretary on the Comanche and Otoe-Missouria Agreements on or before June 1, 2020, and also to produce other documents that they have withheld as deliberative and pre-decisional or on any other ground, or to provide a privilege log describing the documents withheld and the basis for withholding them.

As discussed in detail in the accompanying Memorandum of Points and Authorities, supplementation of the administrative record is justified under all three circumstances that the D.C. Circuit has identified as bases for supplementation. *Dist. Hosp. Partners, L.P. v. Burwell*, 786 F.3d 46, 55 (D.C. Cir. 2015); *see Stand Up for Cal.! v. U.S. Dep't of Interior*, 315 F. Supp. 3d 289,

293 (D.D.C. 2018). Although Federal Defendants have asserted that documents can be withheld from the administrative record on the basis that they are deliberative and predecisional, that basis for withholding document is unavailable here, because the Plaintiff Nations have made a *prima facie* "strong showing of bad faith or improper behavior" by the Federal Defendants and their cause of action of arbitrary and capricious decisionmaking that is contrary to law involves Defendant Secretary's subjective motivation. *See In re Subpoena Duces Tecum*, 156 F.3d 1279 1280 (D.C. Cir. 1998); *Stand Up for Cal.!*, 315 F. Supp. 3d at 293, 296; *accord In re Sealed Case*, 121 F.3d 729, 738 (D.C. Cir. 1997) ("where there is reason to believe the documents sought may shed light on government misconduct, 'the [deliberative process] privilege is routinely denied,' on the grounds that shielding internal government deliberations in this context does not serve 'the public's interest in honest, effective government.'" (citation omitted)). That is shown by Federal Defendants' decision to allow the Comanche and Otoe-Missouria Agreements to go into effect through inaction, despite their clear invalidity under the Indian Gaming Regulatory Act ("IGRA"), including its provision that compacts must be "entered into" by the State in which gaming is proposed to take place, and despite Defendant Secretary's obligation to disapprove a purported compact that violates IGRA. *Amador County v. Salazar*, 640 F.3d 373, 380-81 (D.C. Cir. 2011).

Therefore, Plaintiff Nations are entitled to production of the Office of Indian Gaming recommendation, which the administrative record indicates was submitted to Defendant Secretary on or before June 1, 2020, as well as other documents withheld based on the deliberative process privilege, or a privilege log which identifies which documents were withheld and the basis for assertion of privilege.

Undersigned counsel has consulted with counsel for Federal Defendants regarding the relief sought in this motion.  Federal Defendants have not consented to the relief sought by Plaintiff Nations.

A proposed order is filed with this motion.

Respectfully submitted,

Dated: April 14, 2023           By:   */s/ Frank S. Holleman*
                                Colin Cloud Hampson, D.C. Bar # 448481
                                Frank S. Holleman, D.C. Bar #1011376
                                Sonosky, Chambers, Sachse,
                                    Endreson & Perry, LLP
                                145 Willow Road, Suite 200
                                Bonita, CA 91902
                                Tel: 619-267-1306
                                E-mail:    champson@sonoskysd.com
                                           fholleman@sonosky.com

                                Lead Counsel for the Cherokee, Chickasaw,
                                    Choctaw, and Citizen Potawatomi Nations

                                Sara Hill, OK Bar # 20072, *pro hac vice*
                                P.O. Box 1533
                                Tahlequah, OK 74465
                                Counsel for Cherokee Nation
                                Tel: 918-207-3836
                                E-mail:    sara-hill@cherokee.org

                                Stephen Greetham, OK Bar # 21510, *pro hac vice*
                                Greetham Law, P.L.L.C.
                                512 N. Broadway Ave., Suite 205
                                Oklahoma City, OK 73102
                                Tel: 580-399-6989
                                E-mail:    sgreetham@greethamlaw.net

                                Meredith Turpin, OK Bar # 22690, *pro hac vice*
                                Office of Executive Council
                                2021 Arlington St.
                                Ada, OK 74820
                                Tel: 580-272-5748
                                E-mail:    meredith.turpin@chickasaw.net

                                *Additional Counsel on Following Page*

3

Brian Danker, OK Bar # 16639, *pro hac vice*
P.O. Box 1210
Durant, OK 74702
Counsel for Choctaw Nation
Tel: 580-380-3024
E-mail:    bdanker@choctawnation.com

Gregory M. Quinlan, NM Bar # 4450, CO Bar
    #21605, *pro hac vice*
Shawnee, OK 74801
Counsel for Citizen Potawatomi Nation
Tel: 405-275-3121
Email:    gquinlan@potawatomi.org

*Attorneys for Plaintiff Nations*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2023, I electronically filed the above and foregoing document with the Clerk of Court via the ECF System for filing and caused it to be e-mailed to the Plaintiff's e-mail address listed in his signature on the complaint.

*/s/ Frank S. Holleman*
Frank S. Holleman