IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Cherokee Nation**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**U.S. Department of the Interior**, et al.,<br><br>Defendants. | Case No. 1:20-cv-02167-TJK |

**Notice of Recent Authority**

On June 30, 2023, the D.C. Circuit issued an opinion in *West Flagler Associates, Ltd. v. Haaland*. The opinion vacated the District Court's opinion, which held that a gaming compact attempted to authorize sports betting in violation of the Indian Gaming Regulatory Act, and directed the District Court to enter judgment for the Federal Defendants. *West Flagler Assocs., Ltd. v. Haaland*, No. 21-5265, 2023 U.S. App. LEXIS 16582, *31 (D.C. Cir. June 30, 2023). Among other things, the D.C. Circuit held that "whether or not that gaming is authorized or permissible as a matter of Florida state law falls outside the scope of the Secretary [of the Interior's] review." *Id*. at *12. Federal Defendants provide this notice because the Parties cited the now-overruled District Court opinion in briefing Plaintiffs' pending motion to compel. ECF No. 169 at 23; ECF No. 172 at 22-23.

Date: July 12, 2023

                                                                                                                                                                                          LISA L. RUSSELL
                                                                                                                                                                                           Deputy Assistant Attorney General

                                                                                                                                                                                           *s/ Matthew Marinelli*

MATTHEW MARINELLI
(Illinois Bar No. 6277967)
Senior Attorney
Natural Resources Section
Envt. & Natural Resources Div.
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0293
Fax: (202) 305-0506
matthew.marinelli@usdoj.gov

2