# Exhibit 2

**Charles A. McCall**
State Representative
Atoka, Coal, Johnston &
Murray Counties
District 22
Atoka, OK

State Capitol Building
2300 N. Lincoln Blvd., Room 401
Oklahoma City, OK 73105

(405) 557-7412
charles.mccall@okhouse.gov



# House of Representatives
## Office of the Speaker
### STATE OF OKLAHOMA

July 21, 2023

The Honorable Gentner Drummond
State of Oklahoma – Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Gentner.Drummond@oag.ok.gov

General Drummond,

The Oklahoma House of Representatives has received your letter requesting that the legislature support your decision to intervene in litigation on behalf of the State of Oklahoma because you believe the Governor has exceeded his constitutional authority.

We trust that you made such a request based upon legal research conducted by your office and you believe that this is the right thing to do for Oklahoma citizens in your capacity as the Attorney General. We also have received the Senate's letter requesting that you intervene. I have forwarded both to my caucus and while we believed you could intervene in federal litigation without legislative approval, you have taken the position that you cannot and therefore need our approval.

Based on the above understanding and facts, the House calls on you to act in the way you as Attorney General believe to be in the best interest of Oklahoma and if that means intervening then we call on you to act in accord with the letter you sent us and proceed on behalf of the state under 74 O.S.§18b(A)(3).

Sincerely,

*[signature]*

Speaker Charles A. McCall
Oklahoma House of Representatives