UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHEROKEE NATION et al., ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 20-2167 (TJK) |
| UNITED STATES DEPARTMENT ) | |
| OF THE INTERIOR et al., ) | |
| ) | |
| *Defendants.* ) | |

## NOTICE OF APPEARANCE

To: The clerk of court and all parties of record

At the request of the Oklahoma Attorney General, pursuant to LCvR 83.6(a), I hereby enter my appearance for J. Kevin Stitt, in his official capacity as the Governor of the State of Oklahoma, solely for the purpose of protecting the interests of the State of Oklahoma.[1] I hereby adopt and incorporate by reference the Notice of Appearance by Oklahoma Attorney General (Doc. 176).

Pursuant to LCvR 83.2(e), I register and certify personal familiarity with the Local Rules of this Court.

I am registered in this Court's Electronic Filing System.

July 25, 2023.

*s/ Garry M. Gaskins, II*
GENTNER F. DRUMMOND, OBA #16645
  *Attorney General*
GARRY M. GASKINS, II OBA #20212
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
(405) 522-4534 (fax)
Garry.Gaskins@oag.ok.gov

---

[1] To be clear, my client in this case is the real party in interest, the State of Oklahoma, not the Governor.

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2023, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

s/ *Garry M. Gaskins, II*