UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHEROKEE NATION et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 20-2167 (TJK) |
| UNITED STATES DEPARTMENT OF THE INTERIOR et al., | ) |
| Defendants. | ) |

### ORDER CERTIFYING QUESTION OF LAW TO
### THE OKLAHOMA SUPREME COURT

The United States District Court for the District of Columbia, pursuant to the Revised Uniform Certification of Questions of Law Act, OKLA. STAT. tit. 20, § 1601 *et seq.*, hereby submits to the Oklahoma Supreme Court the following certified question of law which may be determinative of an issue in the above-entitled cause now pending before this Court, which appears to be unanswered by controlling precedent of the Supreme Court or the Court of Criminal Appeals of Oklahoma.

#### I. Question of Law

Whether the Oklahoma Attorney General can take and assume control of the prosecution or defense of Oklahoma's interests in any action, including where the Oklahoma Governor is a named party, in his or her official capacity, and where the Oklahoma Governor has previously employed counsel?

#### II. Factual Background

Governor J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, is a named defendant in the above-entitled cause. Governor Stitt has retained outside counsel to represent him in this case. Governor Stitt relies on OKLA. STAT. tit. 74, § 6 as well as his "Supreme Executive Authority" enumerated under OKLA. CONST. art. VI, § 2 as his authority to hire counsel. The Oklahoma Attorney General, Gentner Drummond, entered his appearance on behalf of the State of

1

Oklahoma in this case. Attorney General Drummond argues that he may take and assume control of litigation involving the State's interests in this case pursuant to OKLA. STAT. tit. 74, § 18b as the chief law officer of the State. Governor Stitt's outside legal counsel and the Oklahoma Attorney General have different views with respect to how the State's defense should be undertaken in this matter. Further, the Governor has sought to strike the State Attorney General's and Solicitor General's appearances on behalf of the Governor and the State as the real party in interest. Thus, Governor Stitt and Attorney General Drummond are at an impasse in this litigation.

### III.  Acknowledgment of Authority to Reformulate Question

Pursuant to OKLA. STAT. tit. 20, § 1604(A)(3), this Court acknowledges that the Oklahoma Supreme Court may reformulate the question presented herein.

### IV.  Names and Addresses of Counsel of Record

**Plaintiff**

| | | |
|---|---|---|
| **CHEROKEE NATION**<br>*a federally recognized Indian Tribe* | represented by | **Colin Cloud Hampson**<br>SONOSKY, CHAMBERS, SACHSE, ENDRESON & PERRY, LLP<br>145 Willow Street<br>145 Willow Street<br>Suite 200<br>Bonita, CA 91902-1349<br>619-267-1306<br>Fax: 619-267-1388<br>Email: champson@sonoskysd.com |

**Sara Hill**
CHEROKEE NATION ATTORNEY
GENERAL OFFICE
P.O. Box 1533
Tahlequah, OK 74465-1533
918-207-3836
Fax: 918-458-6142
Email: sara-hill@cherokee.org

**Frank Sharp Holleman , IV**
SONOSKY, CHAMBERS, SACHSE,
ENDRESON & PERRY, LLP
145 Willow Street

                                        Suite 200
                                        Bonita, CA 91902
                                        619-267-1306
                                        Email: fholleman@sonosky.com

**Plaintiff**

**CHICKASAW NATION**  represented by  **Colin Cloud Hampson**
*a federally recognized Indian Tribe*  (See above for address)

                                        **Meredith Presley Turpin**
                                        THE CHICKASAW NATION
                                        Office of Executive Counsel
                                        2021 Arlington Street
                                        Ada, OK 74820
                                        580-272-5748
                                        Email: meredith.turpin@chickasaw.net

                                        **Stephen Greetham**
                                        GREETHAM LAW, P.L.L.C.
                                        Office of Senior Counsel
                                        512 N. Broadway
                                        Suite 205
                                        Oklahoma City, OK 73102
                                        580-399-6989
                                        Email: sgreetham@greethamlaw.net

                                        **Frank Sharp Holleman , IV**
                                        (See above for address)

**Plaintiff**

**CHOCTAW NATION**  represented by  **Colin Cloud Hampson**
*a federally recognized Indian Tribe*  (See above for address)

                                        **Brian Danker**
                                        CHOCTAW NATION OF
                                        OKLAHOMA
                                        1802 Chukka Hina
                                        Durant, OK 74701
                                        580-380-7410
                                        Email: bdanker@choctawnation.com

                                        **Frank Sharp Holleman , IV**
                                        (See above for address)

**Plaintiff**

**CITIZEN POTAWATOMI NATION**
*a federally recognized Indian Tribe*

represented by **Colin Cloud Hampson**
(See above for address)

**Frank Sharp Holleman , IV**
(See above for address)

**Defendant**

**UNITED STATES DEPARTMENT OF INTERIOR**

represented by **Kristofor R. Swanson**
DOJ-ENRD
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
202-305-0248
Fax: 202-305-0275
Email: kristofor.swanson@usdoj.gov

**Matthew M. Marinelli**
U.S. DEPARTMENT OF JUSTICE
Natural Resources Section
4 Constitution Square
150 M Street, NE
Suite 3.206
Washington, DC 20002
202-305-0293
Email: Matthew.Marinelli@usdoj.gov

**Defendant**

**J. KEVIN STITT**
*in his official capacity as the Governor of the State of Oklahoma*

represented by **Daniel Webber , Jr**
RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC
400 North Walnut Avenue
Oklahoma City, OK 73104
405-239-6040
Fax: 405-239-6766
Email: dwebber@ryanwhaley.com

**Gentner F Drummond**
OFFICE OF THE ATTORNEY GENERAL/OK
313 NE 21st Street
Oklahoma City, OK 73105
405-521-3921
Email: gentner.drummond@oag.ok.gov

**Jason Reese**
GOODWIN LEWIS, PLLC
Office of the Governor
420 NW 6th Street
Second Floor
Oklahoma City, OK 73102
405-900-5700
Email: jreese@goodwinlewis.com

**Jeffrey B. Wall**
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Suite 700
Washington, DC 20006-5215
202-956-7500
Fax: 202-956-7676
Email: wallj@sullcrom.com

**Mary Catherine Zinsner**
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004
202-274-1932
Email: mary.zinsner@troutmansanders.com

**Matthew Kane**
RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC
400 North Walnut Avenue
Oklahoma City, OK 73104
405-239-6040
Fax: 405-239-6766
Email: mkane@ryanwhaley.com

**Patrick Pearce , Jr**
RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC
400 North Walnut Avenue
Oklahoma City, OK 73104
405-239-6040
Fax: 405-239-6766
Email: rpearce@ryanwhaley.com

**Phillip Whaley**
RYAN WHALEY COLDIRON JANTZEN PETERS & WEBBER PLLC
400 North Walnut Avenue
Oklahoma City, OK 73104
405-239-6040
Fax: 405-239-6766
Email: pwhaley@ryanwhaley.com

**Austin Philip Mayron**
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
212-558-3733
Email: mayrona@sullcrom.com

**Garry M. Gaskins , II**
OFFICE OF THE ATTORNEY GENERAL
313 NE 21st Street
Oklahoma City, OK 73105
405-521-3921
Email: garry.gaskins@oag.ok.gov

**Judson Owen Littleton**
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Suite 700
Washington, DC 20006
(202) 956-7085
Fax: (202) 239-6330
Email: littletonj@sullcrom.com

**Zoe A. Jacoby**
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Suite 700
Washington, DC 20006
202-956-7507
Email: jacobyz@sullcrom.com

**Defendant**

**JOHN R. SHOTTON**
*in his official capacity as Chairman of*

represented by **Saba Bazzazieh**
ROSETTE, LLP
1100 H St NW

*Tribal Council-Otoe-Missouria Tribe of Indians*

Suite. 820
Suite 820
Washington, DC 20005
202-652-0579
Email: sbazzazieh@rosettelaw.com

**Wyatt M. Rosette**
ROSETTE, LLP
1100 H Street, NW
Suite 820
Washington, DC 20005
Email: wrosette@rosettelaw.com

**Brett Stavin**
ROSETTE, LLP
4111 Perimeter Center Pl
Oklahoma City, OK 73112
405-256-1910
Email: bstavin@rosettelaw.com

**Defendant**

**MARK WOOMMAVOVAH**
*in his official capacity as the Chairman of the Business Committee-Comanche Nation*

represented by **Ben Kappelman**
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402-1498
612-492-6744
Email: kappelman.ben@dorsey.com

**Vernle Charles Durocher , Jr.**
DORSEY & WHITNEY LLP
50 South Sixth Street
Suite 1500
Minneapolis, MN 55402
(612) 340-7855
Fax: 612-340-2807
Email: durocher.skip@dorsey.com

**Defendant**

**DEB HAALAND**

represented by **Kristofor R. Swanson**
(See above for address)

**Matthew M. Marinelli**
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division

                          4 Constitution Square
                          150 M Street, NE
                          Suite 3.206
                          Washington, DC 20002
                          202-305-0293
                          Email: Matthew.Marinelli@usdoj.gov

**Defendant**

**BRYAN NEWLAND**     represented by     **Kristofor R. Swanson**
*in her official capacity as the Assistant*          (See above for address)
*Secretary of the Interior - Indian Affairs*

                                          **Matthew M. Marinelli**
                                          (See above for address)

_____
TIMOTHY J. KELLEY
United States District Judge

Date: