AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia   ▾

| | |
|---|---|
| THE CHEROKEE NATION, et al., | ) |
| *Plaintiff* | ) |
| v. | ) |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | ) |
| *Defendant* | ) |

Case No.   1:20-CV-02167 (TJK)

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mark Woommavovah, in his official capacity as the Chairman of the Comanche Nation    .

Date:     10/03/2023

/s/ D. Michael McBride III
*Attorney's signature*

D. Michael McBride III, OBA #15431
*Printed name and bar number*
Crowe & Dunlevy
A Professional Corporation
222 N. Detroit Ave., Suite 600
Tulsa, OK 74120

*Address*

mike.mcbride@crowedunlevy.com
*E-mail address*

(918) 592-9824
*Telephone number*

(918) 592-9824
*FAX number*