## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHEROKEE NATION et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR et al., <br><br> *Defendants*. | Civil Action No. 20-2167 (TJK) |

## ORDER CERTIFYING QUESTION OF LAW
## TO THE SUPREME COURT OF OKLAHOMA

The United States District Court for the District of Columbia, pursuant to the Revised Uniform Certification of Questions of Law Act, Okla. Stat. tit. 20, § 1601 *et seq*., hereby certifies to the Oklahoma Supreme Court the following question of law which is determinative of an issue in the above-entitled case now pending before this Court, and which appears to be unanswered by controlling precedent of the Supreme Court or the Court of Criminal Appeals of Oklahoma.

## I.      Question of Law

May the Attorney General of Oklahoma, under Title 74, Section 18 of the Oklahoma Statutes, "take and assume control" of the "defense of the state's interests," Okla. Stat. tit 74 § 18b(A)(3), in the instant case before this Court—in which the Governor of Oklahoma is named as a defendant in his official capacity for his role in entering into certain tribal-gaming contracts on behalf of the State of Oklahoma—over the objection of the Governor, who is vested with "Supreme executive power" under Article VI, Section 2 of the Oklahoma Constitution, and when the Governor has already exercised his authority under Title 74, Section 6 of the Oklahoma Statutes to "employ counsel to protect the rights or interests of the state," Okla. Stat. tit 74 § 6?

## II.     Factual Background

The instant case before this Court was brought in August 2020 by four Native American tribes who each operate casinos in Oklahoma under a tribal-gaming compact with Oklahoma under the Indian Gaming Regulatory Act ("IGRA"), 25 U.S.C. § 2701 *et seq.*  In their operative complaint, they seek to have set aside four tribal-gaming compacts for casino operations that four other Native American tribes entered into with Oklahoma that were submitted to the U.S. Secretary of the Department of the Interior for approval and that were approved through the Secretary's inaction by operation of law.  Plaintiffs allege that the Governor of Oklahoma played a role in violating their rights under the IGRA because these compacts were not lawfully entered into by the Governor and violated Oklahoma law in other ways.  Since the suit began, the Governor has been represented by retained counsel, whom he represents he hired under Title 74, Section 6 of the Oklahoma Statutes, which allows him to "employ counsel to protect the rights or interests of the state."  Okla. Stat. tit 74 § 6.  And in October 2021, the Governor filed an answer in his official capacity as the Governor of the State of Oklahoma, with the State of Oklahoma as the real party in interest, in which he disputes that any of the compacts at issue are invalid or violate Oklahoma law.

In July 2023, the Attorney General of Oklahoma entered an appearance in the case, claiming authority under Oklahoma law to "take and assume control" of the "defense of the state's interests," Okla. Stat. tit 74 § 18b(A)(3), because in his view, the compacts at issue were invalid.  In addition, he represented, the Oklahoma Supreme Court has "clearly and unambiguously" held that the Governor had no authority to unilaterally enter into them, citing *Treat v. Stitt,* 473 P.3d 43 (Okla. 2020); and *Treat v. Stitt*, 481 P.3d 240 (Okla. 2021).  Thus, he argued, the Governor had abrogated his constitutional duty to "cause the laws of the State to be faithfully executed."  Okla. Const. art. VI, § 8.  The Governor objected, arguing that the Attorney General does not have the

statutory authority to replace the counsel he had already hired, and even if the Attorney General did have this statutory authority, doing so would violate the Oklahoma Constitution, which vests the Governor with "Supreme executive power."  Okla. Const. art. VI, § 2.

## III.    Acknowledgment of Authority to Reformulate Question

Pursuant to Oklahoma Statute Title 20, Section 1604(A)(3), the Court acknowledges that the Oklahoma Supreme Court may reformulate this question presented.

## IV.    Designated Docket Entries

The following docket entries have been designated by the Court, in consultation with the parties, to be sent alongside this Certification Order:  ECF Nos. 1, 26, 28, 29, 55, 60, 61, 62, 63, 65, 66, 67, 68, 104, 106, 107, 110, 113, 114, 115, 116, 119, 121, 122, 123, 124, 126, 127, 140, 154, 157, 168, 176, 177, 178, 179, 180, 183, 186, 187, 190.

## V.    Names and Addresses of Counsel of Record

**Plaintiff**

**CHEREKEE NATION**
*a federally recognized Indian Tribe*

represented by    **Chad C Harsha**
CHEROKEE NATION-ATTORNEY GENERAL OFFICE
P.O. Box 1533
Tahlequah, OK 74465-1533
918-453-5369
Fax: 918-458-6142
Email: chad-harsha@cherokee.org

**Colin Cloud Hampson**
SONOSKY, CHAMBERS, SACHSE, ENDRESON & PERRY, LLP
145 Willow Street
Suite 200
Bonita, CA 91902-1349
619-267-1306
Fax: 619-267-1388
Email: champson@sonoskysd.com

**Frank Sharp Holleman , IV**

SONOSKY, CHAMBERS, SACHSE, EN-
DRESON & PERRY, LLP
145 Willow Street
Suite 200
Bonita, CA 91902
619-267-1306
Email: fholleman@sonosky.com

**Plaintiff**
**CHICKASAW NATION**
*a federally recognized Indian Tribe*

represented by  **Colin Cloud Hampson**
(See above for address)

**Meredith Presley Turpin**
THE CHICKASAW NATION
Office of Executive Counsel
2021 Arlington Street
Ada, OK 74820
580-272-5748
Email: meredith.turpin@chickasaw.net

**Stephen Greetham**
GREETHAM LAW, P.L.L.C.
Office of Senior Counsel
512 N. Broadway
Suite 205
Oklahoma City, OK 73102
580-399-6989
Email: sgreetham@greethamlaw.net

**Frank Sharp Holleman , IV**
(See above for address)

**Plaintiff**
**CHOCTAW NATION**
*a federally recognized Indian Tribe*

represented by  **Colin Cloud Hampson**
(See above for address)

**Brian Danker**
CHOCTAW NATION OF OKLAHOMA
1802 Chukka Hina
Durant, OK 74701
580-380-7410
Email: bdanker@choctawnation.com

**Frank Sharp Holleman , IV**
(See above for address)

**Plaintiff**
**CITIZEN POTAWATOMI NATION**
*a federally recognized Indian Tribe*

represented by  **Colin Cloud Hampson**
(See above for address)

**Frank Sharp Holleman , IV**
(See above for address)

**Defendant**
**UNITED STATES**
**DEPARTMENT OF INTERIOR**

represented by  **Kristofor R. Swanson**
DOJ-ENRD
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
202-305-0248
Fax: 202-305-0275
Email: kristofor.swanson@usdoj.gov

**Matthew M. Marinelli**
U.S. DEPARTMENT OF JUSTICE
Natural Resources Section
4 Constitution Square
150 M Street, NE
Suite 3.206
Washington, DC 20002
202-305-0293
Email: Matthew.Marinelli@usdoj.gov

**Defendant**
**J. KEVIN STITT**
*in his official capacity as the Governor of*
*the State of Oklahoma*

represented by  **Daniel Webber , Jr**
RYAN WHALEY COLDIRON
JANTZEN PETERS & WEBBER
PLLC
400 North Walnut Avenue
Oklahoma City, OK 73104
405-239-6040
Fax: 405-239-6766
Email: dwebber@ryanwhaley.com

**Gentner F Drummond**
OFFICE OF THE ATTORNEY
GENERAL/OK
313 NE 21st Street
Oklahoma City, OK 73105
405-521-3921
Email: gentner.drummond@oag.ok.gov

**Jason Reese**
GOODWIN LEWIS, PLLC
Office of the Governor
420 NW 6th Street
Second Floor
Oklahoma City, OK 73102
405-900-5700
Email: jreese@goodwinlewis.com

**Jeffrey B. Wall**
SULLIVAN & CROMWELL LLP
1700 New York Avenue, NW
Suite 700
Washington, DC 20006-5215
202-956-7500
Fax: 202-956-7676
Email: wallj@sullcrom.com

**Mary Catherine Zinsner**
TROUTMAN PEPPER HAMILTON
SANDERS LLP
401 9th Street, N.W.
Suite 1000
Washington, DC 20004
202-274-1932
Email: mary.zinsner@troutman-
sanders.com

**Matthew Kane**
RYAN WHALEY COLDIRON
JANTZEN PETERS & WEBBER
PLLC
400 North Walnut Avenue
Oklahoma City, OK 73104
405-239-6040
Fax: 405-239-6766
Email: mkane@ryanwhaley.com

**Patrick Pearce , Jr**
RYAN WHALEY COLDIRON
JANTZEN PETERS & WEBBER
PLLC
400 North Walnut Avenue
Oklahoma City, OK 73104
405-239-6040

Fax: 405-239-6766
Email: rpearce@ryanwhaley.com

**Phillip Whaley**
RYAN WHALEY COLDIRON
JANTZEN PETERS & WEBBER
PLLC
400 North Walnut Avenue
Oklahoma City, OK 73104
405-239-6040
Fax: 405-239-6766
Email: pwhaley@ryanwhaley.com

**Austin Philip Mayron**
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004-2498
212-558-3733
Email: mayrona@sullcrom.com

**Garry M. Gaskins , II**
OFFICE OF THE ATTORNEY
GENERAL
313 NE 21st Street
Oklahoma City, OK 73105
405-521-3921
Email: garry.gaskins@oag.ok.gov

**Judson Owen Littleton**
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Suite 700
Washington, DC 20006
(202) 956-7085
Fax: (202) 239-6330
Email: littletonj@sullcrom.com

**Zoe A. Jacoby**
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW
Suite 700
Washington, DC 20006
202-956-7507
Email: jacobyz@sullcrom.com

**Defendant**
**JOHN R. SHOTTON**
*in his official capacity as Chairman of Tribal*
*Council-Otoe-Missouria Tribe of*
*Indians*

represented by **Wyatt M. Rosette**
ROSETTE, LLP
1100 H Street, NW
Suite 820
Washington, DC 20005
Email: wrosette@rosettelaw.com

**Brett Stavin**
ROSETTE, LLP
4111 Perimeter Center Pl
Oklahoma City, OK 73112
405-256-1910
Email: bstavin@rosettelaw.com

**Defendant**
**MARK WOOMMAVOVAH**
*in his official capacity as Chairman of the*
*Business Committee-Comanche Nation*

represented by **D. Michael McBride , III**
CROWE & DUNLEVY
222 N. Detroit Ave.
Suite 600
Tulsa, OK 74120
918-592-9800
Email: mike.mcbride@crowedunlevy.com

**Defendant**
**DEB HAALAND**
*in her official capacity as the*
*Secretary of the Interior*

represented by **Kristofor R. Swanson**
(See above for address)

**Matthew M. Marinelli**
U.S. DEPARTMENT OF JUSTICE
Environment and Natural Resources Division
4 Constitution Square
150 M Street, NE
Suite 3.206
Washington, DC 20002
202-305-0293
Email: Matthew.Marinelli@usdoj.gov

**Defendant**
**BRYAN NEWLAND**
*in his official capacity as the Assistant*
*Secretary of the Interior - Indian Affairs*

represented by **Kristofor R. Swanson**
(See above for address)

**Matthew M. Marinelli**
(See above for address)

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date:  April 8, 2024