# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHEROKEE NATION et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT <br> OF THE INTERIOR et al., <br><br> *Defendants.* | Civil Action No. 20-2167 (TJK) |

## NOTICE OF APPEARANCE OF OKLAHOMA ATTORNEY GENERAL

To: The clerk of court and all parties of record

I am the duly elected and sworn Attorney General for the State of Oklahoma. Pursuant to LCvR 83.2(e), I register and certify personal familiarity with the Local Rules of this Court.

Consistent with *Cherokee Nation v. United States Dep't of the Interior*, 2025 OK 4, ¶¶ 53 – 55, I hereby enter my appearance *ex officio* on behalf of the State of Oklahoma, which is the real party in interest in this case. *See Will v. Mich. Dep't of State Police*, 491 U.S. 58, 71 (1989) ("[A] suit against a state official in his or her official capacity is not a suit against the official but rather is a suit against the official's office . . . [a]s such, it is no different from a suit against the State itself.") (citations omitted); *see also* ECF No. 110 at 1.

The Oklahoma Supreme Court recently made clear that the Governor lacks the "power to unilaterally prevent the Attorney General from appearing in [a] case. By virtue of his office, the Attorney General may act independently from the Governor, and represent such segment of the State's interest not represented by the Governor." *Cherokee Nation*, 2025 OK 4, ¶ 55. Here, the Governor is not representing the portion of Oklahoma's population that believes, consistent with the binding precedents of the Oklahoma Supreme Court, that the Governor lacked authority to enter into and submit for approval the compacts at issue in this case. I intend to represent this segment of

Oklahoma's population because Governor has abdicated his responsibility to "cause the laws of the State to be faithfully executed." OKLA. CONST. art. VI, § 8.

I am registered in this Court's Electronic Filing System.

March 14, 2025.                                             *s/ Gentner F. Drummond*
                                                            GENTNER F. DRUMMOND, OBA #16645
                                                               *Attorney General*
                                                            GARRY M. GASKINS, II OBA #20212
                                                               *Solicitor General*
                                                            OFFICE OF THE ATTORNEY GENERAL
                                                            STATE OF OKLAHOMA
                                                            313 NE 21st Street
                                                            Oklahoma City, OK 73105
                                                            (405) 521-3921
                                                            (405) 522-4534 (fax)
                                                            Gentner.Drummond@oag.ok.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of March, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

                                                            *s/ Gentner F. Drummond*