## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHEROKEE NATION et al., ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 20-2167 (TJK) |
| UNITED STATES DEPARTMENT ) | |
| OF THE INTERIOR et al., ) | |
| ) | |
| *Defendants.* ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.6(B), the Garry M. Gaskins, II hereby provides notice to this Honorable Court that he has withdrawn as counsel for Defendant J. Kevin Stitt, in his official capacity as the Governor of the State of Oklahoma (the "Governor").

1. Consistent with *Cherokee Nation v. United States Dep't of the Interior*, 2025 OK 4, ¶¶ 53 – 55, the Attorney General entered an appearance *ex officio* on behalf of the State of Oklahoma, which is the real party in interest in this case. This Notice of Withdrawal does not affect the Attorney General's or the undersigned's continued representation of the State of Oklahoma.

2. The Governor will continue to be represented in this matter by Jeffrey B. Wall and Judson O. Littleton of the law firm of Sullivan & Cromwell LLP and other counsel who have been admitted pro hac vice.

3. No trial date has been set in this matter.

4. No delay, prejudice, or injustice will occur as a result of this Notice of Withdrawal. In fact, it will accelerate the matter because it will moot the Motion to Strike filed by the Governor (doc. 178) and alleviate the need for the stay of this litigation (doc. 190).

March 17, 2025.

*s/ Garry M. Gaskins, II*
GENTNER F. DRUMMOND, OBA #16645
  *Attorney General*
GARRY M. GASKINS, II OBA #20212
  *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
(405) 522-4534 (fax)
Gentner.Drummond@oag.ok.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of March, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

*s/ Garry M. Gaskins, II*

2