IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHEROKEE NATION, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:20-cv-02167 (TJK) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| THE INTERIOR, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF NATIONS' MOTION TO LIFT STAY AND GRANT LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs Cherokee Nation, Chickasaw Nation, Choctaw Nation, and Citizen Potawatomi Nation (collectively "Plaintiff Nations"), respectfully move this Court to lift the stay entered in this case by Minute Order of March 21, 2024 ("Mar. 21 Order") for the limited purpose of granting Plaintiff Nations leave to refile and submit a new memorandum in support of Plaintiff Nations' Motion for Partial Summary Judgment ("MPSJ"), ECF No. 135.  That motion was filed on March 8, 2022 and sought summary judgment on causes of action one to three of Plaintiffs' complaint, which only address the no-action approval of the Agreements that are the subject of this litigation by the Defendant Secretary of the Interior ("Secretary") and only present questions of law, which do not require the administrative record to decide.  Consideration of Plaintiff's MPSJ, supported by a new memorandum reflecting subsequent developments in the case and recent authorities, is timely now and would further "the just, speedy, and inexpensive determination of [this] action," Fed. R. Civ. P. 1.  The State of Oklahoma, as represented in this case by its Attorney General and Solicitor General, *see* ECF Nos. 201-202, consents to this motion.  The relief and schedule sought

1

in this motion are opposed by Federal Defendants, Defendant Governor Stitt, Defendant Chairman Tahdooahnippah[1], and Defendant Chairman Shotton.

Plaintiff Nations brought this suit to challenge, *inter alia*, the decision by Federal Defendants to allow Agreements signed by Defendant Governor Stitt and the leaders of the Comanche Nation, Otoe-Missouria Tribe, United Keetoowah Band of Cherokee Indians in Oklahoma ("UKB"), and Kialegee Tribal Town ("KTT") to go into effect by inaction without issuing any decision or opinion on them. In causes of action one to three of their operative Complaint, ECF No. 104, Plaintiff Nations allege the Defendant Secretary acted arbitrarily and capriciously and contrary to law, *see* 5 U.S.C. § 706(2), because the Secretary considered Agreements that had not been legally entered into (count one), because the Secretary failed to consider whether the Agreements had been legally entered into or otherwise violated IGRA before her no-action approval of the Agreements (count two), and because the Secretary's no-action approval of the Agreements violated IGRA because those Agreements were not legally entered into (count three). *See* Complaint ¶¶ 232-44.

Plaintiff Nations' MPSJ, as originally filed, sought relief against all four of the Agreements that were initially the subject of this litigation, including the Agreements purportedly "entered into" by the Defendant Governor Stitt and the leaders of UKB and KTT, on causes of action one through three of their Complaint. *See* Memo. in Supp. of MPSJ at 1, ECF No. 135-1. Briefing of Plaintiff Nations' MPSJ was subsequently stayed, Minute Order (Mar. 17, 2022), at which time Federal Defendants' and Defendant Chairman Woommavovah's motions to dismiss Plaintiff Nations' complaint, *see* Fed. Defs.' MTD, ECF No. 106; Def. Woommavovah's MTD, ECF No.

---

[1] Defendant Chairman Tahdooahnippah has been substituted for Defendant Chairman Woommavovah. *See* ECF No. 196.

107, were under submission. This Court decided those motions on November 23, 2022, *see* Memorandum Opinion and Order ("Mem. Op."), ECF No. 157, and on the same day issued a minute order that denied Plaintiff Nations' MPSJ "AS MOOT IN PART to the extent [Plaintiff Nations' MPSJ] addressed claims based on the United Keetoowah Band's and Kialegee Tribal Town's compacts," which claims had been dismissed for lack of subject matter jurisdiction in the Mem. Op., and also denied Plaintiff Nations' MPSJ "WITHOUT PREJUDICE IN PART to the extent they address claims based on other compacts." Minute Order (Nov. 23, 2022).

The Court subsequently issued a schedule for further proceedings in this case, which included dates for the filing of: answers by Defendants who had yet to do so; the administrative record; motions to add documents to the administrative record or for consideration of extra-record evidence; and motions for summary judgment, cross-motions for summary judgment, oppositions and replies to such motions, and the appendix. Minute Order (Jan. 3, 2022). That Order further provided that the filing of any motions to add documents to the administrative record or for consideration of extra-record evidence would have the effect of vacating the schedule for the briefing of dispositive motions, *id*. On April 14, 2023, Plaintiffs filed such a motion, Plaintiffs' Motion to Compel Production of Documents Not Included in Administrative Record as Produced ("Plaintiffs' Motion to Compel"), ECF No. 166, which had the effect of vacating the schedule. That motion has been fully briefed, *see* ECF Nos. 168, 169, and 172.

After the Oklahoma Attorney General and Solicitor General filed notices of appearance on behalf of the Governor, *see* ECF Nos. 176-177, the Governor's retained counsel filed a motion to strike those notices based on the assertion that the appearances were unauthorized by state law, ECF No. 178 at 2. This Court then *sua sponte* certified a question of law on the Attorney General's authority to appear in the case, and stayed this case "pending resolution of the certified question

of law," Order Certifying Question of Law to S. Ct. of Okla., ECF No. 195, that was submitted to the Oklahoma Supreme Court on April 8, 2024.  The certified question was decided by the Oklahoma Supreme Court on January 22, 2025.  *Cherokee Nation v. U.S. Dep't of Interior*, 2025 OK 4, 564 P.3d 58.  *See* Plf. Nations' Not. of Recent Auths., Ex. G, ECF No. 200-7; Not. of Certified Question, ECF No. 205

Accordingly, lifting of the stay in this case to permit the resubmission and determination of Plaintiff Nations' MPSJ is timely now.  Refiling of Plaintiff Nations' MPSJ, supported by a new memorandum in support, is necessary to address the impact of the issues decided in the Mem. Op. and Minute Order of Nov, 23, 2023 and to consider relevant subsequent authority.

In addition, because Plaintiff Nations' MPSJ presents "question[s] of law, and only…question[s] of law," its determination before Plaintiff Nations' Motion to Compel is decided is appropriate.  *See Am. Hosp. Ass'n v. Dep't of Health & Hum. Servs.*, No. 18-2112 (JDB), 2018 WL 5777397, at *2 (D.D.C. Nov. 2, 2018) (quoting *Marshall Cnty. Health Care Auth. v. Shalala*, 988 F.2d 1221, 1226 (D.C. Cir. 1993)); *California v. U.S. BLM*, 277 F. Supp. 3d 1106, 1115-16 (N.D. Cal. 2017); *PETA v. USDA*, 194 F. Supp. 3d 404, 409 (E.D.N.C. 2016) ("In APA cases, however, a court need not wait for an administrative record to be compiled to decide a pure question of law."); *see also Am. Bankers' Ass'n v. Nat'l Credit Union Admin.*, 271 F.3d 262, 266-67 (D.C. Cir. 2001) (finding no error in dismissal based on statute and legislative history).  To adjudicate Plaintiff Nations' MPSJ will require only the Federal Register notices announcing that the Comanche Nation and Otoe-Missouria Tribe Agreements would go into effect, *see* 85 Fed. Reg. 38,919 (June 29, 2020).  Therefore, this motion does not request the Court lift the stay as to Plaintiff Nations' Motion to Compel.

Plaintiff Nations believe that resolution of causes of action one through three of their Complaint will resolve dispositive issues in the case and result in a determination that provides them complete relief. If and when these dispositive issues are resolved in their favor, the Plaintiff Nations anticipate seeking final judgment under Rule 54.

Plaintiff Nations propose that this Court permit their MPSJ to be filed by June 27, 2025, that all oppositions to that motion be filed by July 18, 2025, and that Plaintiff Nations file their reply by August 1, 2025.

                                            Respectfully submitted,

Dated: April 25, 2025              By:   */s/ Frank S. Holleman*
                                                    Frank S. Holleman, D.C. Bar # 1011376
                                                    Sonosky, Chambers, Sachse,
                                                       Endreson & Perry, LLP
                                                    1425 K St. NW, Suite 600
                                                    Washington, DC 20005
                                                    Tel: 202-682-0240
                                                    E-mail: fholleman@sonosky.com

                                                    Colin Cloud Hampson, D.C. Bar # 448481
                                                    Sonosky, Chambers, Sachse,
                                                       Endreson & Perry LLP
                                                    145 Willow Road, Suite 200
                                                    Bonita, CA 91902
                                                    Tel: 619-267-1306
                                                    Fax: 619-267-1388
                                                    E-mail: champson@sonoskysd.com

                                                    Lead Counsel for the Cherokee, Chickasaw,
                                                    Choctaw, and Citizen Potawatomi Nations

                                                    Chad Harsha
                                                    *Attorney General*
                                                    Cherokee Nation
                                                    Office of Attorney General
                                                    P.O. Box 948
                                                    Tahlequah, OK 74466
                                                    Tel: 918-453-5369
                                                    E-mail: chad-harsha@cherokee.org

Stephen H. Greetham
Stephen Greetham, OK Bar # 21510, *pro hac vice*
GREETHAM LAW, P.L.L.C.
621 Greenwood Road
Chapel Hill, OK 27514-5921
Tel: 984-261-7240
E-mail: sgreetham@greethamlaw.net

Brian Danker, OK Bar # 16638, *pro hac vice*
1802 Chukka Hina Drive
Durant, OK 74701
Counsel for Choctaw Nation
Tel: 580-924-8280
E-mail: bdanker@choctawnation.com

Gregory M. Quinlan, NM Bar # 4450, CO Bar # 21605, *pro hac vice*
George J Wright, OK Bar # 21873, *pro hac vice*
1601 S Cooper Dr
Shawnee, OK 74801
Counsel for Citizen Potawatomi Nation
Tel: 405-275-3121
Email:  greg.quinlan@potawatomi.org
            george.wright@potawatomi.org

*Attorneys for Plaintiff Nations*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2025, I electronically filed the above and foregoing document and attachments with the Clerk of Court via the ECF System for filing.

/s/ *Frank S. Holleman*
Frank S. Holleman