**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE CHEROKEE NATION, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF ) <br> THE INTERIOR, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | No. 1:20-cv-02167 (TJK) |

**[PROPOSED] ORDER GRANTING PLAINTIFF NATIONS' MOTION TO LIFT STAY AND GRANTING LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs have moved for an order lifting the stay entered in this case by Minute Order of March 21, 2024 ("Mar. 21 Order") for the limited purpose of granting Plaintiffs leave to refile and to submit a new memorandum in support of Plaintiffs' Motion for Partial Summary Judgment, ECF No. 135, that will address causes of action one to three of their operative Complaint, ECF No. 104. Plaintiffs ask the Court to order a briefing schedule on that proposed motion.

Good cause being shown, IT IS ORDERED:

The stay in this case is lifted for the sole purpose of allowing Plaintiffs to refile their Motion for Partial Summary Judgment, and to file a new brief in support.

Plaintiffs shall file their motion and new brief in support on or before June 27, 2025. Any responses to that motion are to be filed on or before July 18, 2025, and any replies are to be filed on or before August 1, 2025.

DATED this ____ day of April 2025.

_____
Hon. Timothy J. Kelly
United States District Judge

**ATTORNEYS AND PARTIES ENTITLED TO BE NOTICED OF ENTRY OF ORDER**

| | |
|---|---|
| Colin Cloud Hampson<br>SONOSKY, CHAMBERS, SACHSE,<br>  ENDRESON & PERRY, LLP<br>145 Willow Street, Suite 200<br>Bonita, CA 91902-1349<br>Tel: 619-267-1306<br>Fax: 619-267-1388<br>Email:   champson@sonoskysd.com | Attorneys for CHEROKEE NATION, CHICKASAW NATION, CHOCTAW NATION, CITIZEN POTAWATOMI NATION |
| Frank S. Holleman<br>SONOSKY, CHAMBERS, SACHSE,<br>  ENDRESON & PERRY, LLP<br>1425 K St NW Suite 600<br>Washington, DC 20005<br>Tel: 202-682-0240<br>Fax: 202-682-0249<br>Email:   fholleman@sonosky.com | |
| Chad Harsha<br>CHEROKEE NATION<br>Attorney General Office<br>P.O. Box 948<br>Tahlequah, OK 74466<br>Tel: 918-453-5369<br>Email:   chad-harsha@cherokee.org | Attorney for CHEROKEE NATION |
| Stephen H. Greetham<br>GREETHAM LAW, P.L.L.C.<br>621 Greenwood Road<br>Chapel Hill, OK 27514-5921<br>Tel: 984-261-7240<br>Email:   sgreetham@greethamlaw.net | Attorneys for CHICKASAW NATION |
| Meredith Turpin<br>CHICKASAW NATION<br>Office of Executive Counsel<br>2021 Arlington St.<br>Ada, OK 74820<br>Tel.: 580-272-5748<br>E-mail:  Meredith.turpin@chickasaw.net | |

| | |
|---|---|
| Brian Danker<br>CHOCTAW NATION OF OKLAHOMA<br>Division of Legal and Compliance<br>1802 Chukka Hina<br>Durant, OK 74701<br>Tel: 580-924-8280<br>Email:   bdanker@choctawnation.com | Attorney for CHOCTAW NATION OF OKLAHOMA |
| Gregory M. Quinlan<br>George J. Wright<br>1601 S Cooper Dr.<br>Shawnee, OK 74801<br>Tel: 405-275-3121<br>Email:   gquinlan@potawatomi.org<br>            george.wright@potawatomi.org | Attorneys for CITIZEN POTAWATOMI NATION |
| Kristofor R. Swanson<br>U.S. DEPARTMENT OF JUSTICE<br>Natural Resources Section<br>150 M Street NE Suite 3.107<br>Washington, DC 20044<br>Tel: 202-305-0248<br>Email:   kristofor.swanson@usdoj.gov | Attorneys for UNITED STATES DEPARTMENT OF INTERIOR, DOUGLAS BURGUM, and SCOTT DAVIS |
| Matthew M. Marinelli<br>U.S. DEPARTMENT OF JUSTICE<br>Natural Resources Section<br>4 Constitution Square<br>150 M Street NE, Room 3.123<br>Washington, DC 20002<br>Tel: 202-305-0293<br>Email:   matthew.marinelli@usdoj.gov | |
| Mike McBride III<br>CROWE DUNLEVY<br>222 N. Detroit Ave., Ste. 600<br>Tulsa, OK 74120<br>Tel: 918-592-9824<br>Email:   mike.mcbride@crowedunlevy.com | Attorney for FORREST TAHDOOAHNIPPAH |

| | |
|---|---|
| Wyatt M. Rosette<br>Brett Stavin<br>ROSETTE, LLP<br>565 W. Chandler Blvd., Suite 212<br>Chandler, AZ 85225<br>Tel: 480-889-8990<br>Email:   wrosette@rosettelaw.com<br>         bstavin@rosettelaw.com | Attorneys for JOHN R. SHOTTON |
| Phillip G. Whaley<br>Daniel G. Webber, Jr.<br>Patrick R. Pearce, Jr.<br>Matthew C. Kane<br>RYAN WHALEY<br>400 N. Walnut Ave.<br>Oklahoma City, OK 73102<br>Tel: 405-239-6040<br>Email:   pwhaley@ryanwhaley.com<br>         dwebber@ryanwhaley.com<br>         rpearce@ryanwhaley.com<br>         mkane@ryanwhaley.com | Attorneys for J. KEVIN STITT |

Mary Catherine Zinsner
TROUTMAN PEPPER HAMILTON
  SANDERS LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
Tel: 202-274-1922
Email:   mary.zinsner@troutman.com

David N. Anthony
TROUTMAN PEPPER HAMILTON
  SANDERS LLP
1001 Haxall Point, Suite 1500
Richmond, VA 23219
Tel: 804-697-5410
Fax: 804-698-5118
Email:   david.anthony@troutman.com

Jason Reese
GOODWIN LEWIS, PLLC
OFFICE OF THE GOVERNOR
420 NW 6th Street
Second Floor
Oklahoma City, OK 73102
405-900-5700
Email:   jreese@goodwinlewis.com

Jeffrey B. Wall
Judson O. Littleton
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW, Suite 700
Washington, D.C. 20006
Tel: 202-956-7500
Fax: 202-293-6330
Email:   wallj@sullcrom.com
         littletonj@sullcrom.com

Gentner F. Drummond                              Attorneys for STATE OF OKLAHOMA
Garry M. Gaskins, II
OFFICE OF THE ATTORNEY GENERAL
313 NE 21st St.
Oklahoma City, OK 73105
Tel: 405-521-3921
Email:   gentner.drummond@oag.ok.gov
         garry.gaskins@oag.ok.gov