# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| THE CHEROKEE NATION et al.,   )   | |
|   ) | |
|   *Plaintiffs,*   ) | |
|   ) | |
| v.   ) | |
|   )   Civil Action No. 20-2167 (TJK) | |
| UNITED STATES DEPARTMENT   ) | |
| OF THE INTERIOR et al.,   ) | |
|   ) | |
|   *Defendants.*   ) | |

### STATE OF OKLAHOMA'S, BY AND THROUGH THE OKLAHOMA ATTORNEY GENERAL, MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE*

In compliance with this Court's Minute Order of August 14, 2025, the State of Oklahoma, by and through the Oklahoma Attorney General ("OAG"), hereby seeks leave to file a brief as *amicus curiae* in support of Plaintiffs with a deadline for filing the brief of October 17, 2025. The United States Department of Interior takes no position on this request while the remaining parties do not object to the OAG filing an *amicus curiae* brief with a filing deadline of October 17, 2025. In support, the OAG states as follows:

LCvR 7(o) does not require the State of Oklahoma to obtain the consent of the parties or leave of court to file an *amicus curiae* brief. Nevertheless, to the extent leave is required, the State of Oklahoma, by and through the OAG, has a unique interest in this case that warrants amicus participation. Under IGRA, "[s]tate law… determine[s] whether a state has validly bound itself to a compact." *Pueblo of Santa Ana v. Kelly*, 104 F.3d 1546, 1557 (10th Cir. 1997). Thus, the State of Oklahoma has a clear sovereign interest in making sure its laws and the precedents of its highest court are followed. And this Court has previously recognized the differing views of the Governor and OAG regarding the validity of the tribal-gaming compacts at issue in this case. *See e.g.,* ECF 190 at 10. Accordingly, the OAG's participation in filing an amicus brief on behalf of the State of Oklahoma is

1

warranted.

Further, the Oklahoma Supreme Court has affirmed the OAG's right to represent the State of Oklahoma in this case. Specifically, in *Cherokee Nation v. United States Dep't of the Interior*, 2025 OK 4, the Oklahoma Supreme Court made clear: "By virtue of his office, the Attorney General may act independently from the Governor, and represent such segment of the State's interest not represented by the Governor." *Id.* Likewise, the Oklahoma Supreme Court did "not nullify the Attorney General's authority to appear *ex officio* in the present case." *Cherokee Nation*, 2025 OK 4, ¶ 54.

*Ex officio* means "[b]y virtue or because of an office; by virtue of the authority implied by office." EX OFFICIO, Black's Law Dictionary (12th ed. 2024). Therefore, it is a privilege a person automatically receives because of his or her office. The OAG is not aware of any authority that requires him to seek permission to represent the real party in interest in this matter, the State of Oklahoma. The Oklahoma Supreme Court, after all, has already declared that the Governor cannot "unilaterally prevent the Attorney General from appearing in the case." *Cherokee Nation*, 2025 OK 4, ¶ 55. But to avoid any further postponement caused by disagreements over his participation, the OAG is prepared to engage in the summary judgment briefing on behalf of the State of Oklahoma in an amicus capacity.

WHEREFORE, the State of Oklahoma, by and through the Oklahoma Attorney General, hereby seeks leave to file a brief as *amicus curiae* in support of Plaintiffs with a deadline for filing the brief of October 17, 2025.

*s/ Garry M. Gaskins, II*
GENTNER F. DRUMMOND, OBA #16645
   *Attorney General*
GARRY M. GASKINS, II OBA #20212
   *Solicitor General*
OFFICE OF THE ATTORNEY GENERAL
STATE OF OKLAHOMA
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921
(405) 522-4534 (fax)
Garry.Gaskins@oag.ok.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the ECF registrants with entries of appearance filed of record.

*s/ Garry M. Gaskins, II*

3