UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE CHEROKEE NATION et al.,     )<br>)<br>      *Plaintiffs,*     )<br>)<br>v.     )<br>)<br>UNITED STATES DEPARTMENT   )<br>OF THE INTERIOR et al.,     )<br>)<br>      *Defendants.*     ) | Civil Action No. 20-2167 (TJK) |

**[PROPOSED] ORDER GRANTING STATE OF OKLAHOMA'S, BY AND THROUGH THE OKLAHOMA ATTORNEY GENERAL, MOTION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***

The State of Oklahoma, by and through the Oklahoma Attorney General, have moved for leave to file a brief as *amicus curiae* in support of Plaintiffs with a deadline for filing the brief of October 17, 2025. The motion is unopposed.

Good cause being shown, IT IS ORDERED:

The State of Oklahoma, by and through the Oklahoma Attorney General, is granted to leave to file a brief as *amicus curiae* in support of Plaintiffs on or before October 17, 2025

DATED this _____ day of _____ 2025.

 

_____
Hon. Timothy J. Kelly
United States District Judge