## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE CHEROKEE NATION, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02167 (TJK) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| THE INTERIOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### PLAINTIFF NATIONS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs Cherokee Nation, Chickasaw Nation, Choctaw Nation of Oklahoma, and Citizen Potawatomi Nation (collectively "Plaintiff Nations"), hereby respectfully move for summary judgment against the Defendants, the United States Department of the Interior, Secretary of the Interior Doug Burgum, Assistant Secretary of the Interior-Indian Affairs William Kirkland, J. Kevin Stitt, Governor of the State of Oklahoma, Forrest Tahdooahnippah, Chairman of the Comanche Nation, and John R. Shotton, Chairman of the Otoe-Missouria Tribe, on Counts One to Eight of their Complaint.

For the reasons described in the accompanying Memorandum, Plaintiff Nations are entitled to summary judgment under Federal Rule of Civil Procedure 56 because they have standing to bring their claims and because the Secretary of the Interior acted arbitrarily and capriciously and contrary to law by issuing no-action approvals of compacts that were not entered into by the State as required by the Indian Gaming Regulatory Act, specifically Defendant Stitt's Agreements with the Comanche Nation and Otoe-Missouria Tribe, and by deciding to issue no-action approvals of those Agreements notwithstanding that they contain terms that violate IGRA. The motion is

1

4897-9531-3526, v. 4

accompanied by memorandum in support, a statement of material facts not in dispute as required

by Local Rule 7(h) and the Court's Standing Order, and supporting exhibits.

Respectfully submitted,

Dated: October 31, 2025                   By:   */s/ Frank S. Holleman*

> Frank S. Holleman, D.C. Bar # 1011376
> Anne DeLong, D.C. Bar # 90031783
> Sonosky, Chambers, Sachse,
>    Endreson & Perry, LLP
> 1425 K St. NW, Suite 600
> Washington, DC 20005
> Tel: 202-682-0240
> E-mail: fholleman@sonosky.com
>            adelong@sonosky.com
>
> Colin Cloud Hampson, D.C. Bar # 448481
> Sonosky, Chambers, Sachse,
>    Endreson & Perry, LLP
> 145 Willow Road, Suite 200
> Bonita, CA 91902
> Tel: 619-267-1306
> E-mail: champson@sonoskysd.com
>
> Lead Counsel for the Cherokee, Chickasaw,
>    Choctaw, and Citizen Potawatomi Nations
>
> Chad Harsha, OK Bar # 31579, *pro hac vice*
> *Attorney General*
> Cherokee Nation
> Office of Attorney General
> P.O. Box 948
> Tahlequah, OK 74466
> Tel: 918-453-5369
> E-mail: chad-harsha@cherokee.org
>
> Stephen Greetham, OK Bar # 21510, *pro hac vice*
> Greetham Law, P.L.L.C.
> 621 Greenwood Road
> Chapel Hill, NC 27514-5921
> Tel: 984-261-7240
> E-mail: sgreetham@greethamlaw.net

2

4897-9531-3526, v. 4

Meredith Turpin, OK Bar # 22690, *pro hac vice*
Office of Executive Council
2021 Arlington St.
Ada, OK 74820
Tel: 580-272-5748
E-mail: meredith.turpin@chickasaw.net

Brian Danker, OK Bar # 16638, *pro hac vice*
1802 Chukka Hina Drive
Durant, OK 74701
Counsel for Choctaw Nation
Tel: 580-924-8280
E-mail: bdanker@choctawnation.com

Gregory M. Quinlan, NM Bar # 4450, CO Bar #
21605, *pro hac vice*
1601 S Cooper Dr
Shawnee, OK 74801
Counsel for Citizen Potawatomi Nation
Tel: 405-275-3121
Email: greg.quinlan@potawatomi.org

*Attorneys for Plaintiff Nations*

3

4897-9531-3526, v. 4

**CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2025, I electronically filed the above and foregoing document and attachments with the Clerk of Court via the ECF System for filing.

*/s/ Frank S. Holleman*
Frank S. Holleman

4

4897-9531-3526, v. 4