UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------ x
THE CHEROKEE NATION, et al.,         :
                                     :
               Plaintiffs,           :
                                     :
       v.                            :    No. 1:20-cv-02167 (TJK)
                                     :
U.S. DEPARTMENT OF THE               :
INTERIOR, et al.,                    :
                                     :
               Defendants.           :
                                     :
                                     :
------------------------------------ x
```

**DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendant Governor J. Kevin Stitt, in his official capacity as Governor of the State of Oklahoma, by and through undersigned counsel, respectfully opposes Plaintiffs' motion for summary judgment and cross-moves the Court for summary judgment in his favor on Counts I-VII of the Second Amended Complaint, on the ground that the two compacts Plaintiffs challenge are valid and in effect under the Indian Gaming Regulatory Act. The complete grounds for this cross-motion are set forth in Governor Stitt's accompanying Memorandum of Points and Authorities, which is incorporated herein by reference.

January 23, 2026

Phillip G. Whaley
RYAN WHALEY
400 North Walnut Avenue
Oklahoma City, OK 73104
(405) 239-6040
pwhaley@ryanwhaley.com

Respectfully submitted,

*/s/* Jeffrey B. Wall
Jeffrey B. Wall
Judson O. Littleton
Daniel A. Mejia-Cruz (*admission pending*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W., Suite 700
Washington, D.C. 20006
(202) 956-7500
wallj@sullcrom.com

Paulena B. Prager (*pro hac vice pending*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004

*Attorneys for Defendant Governor J. Kevin Stitt*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2026, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF filing system, which will send notification of the electronic filing to all counsel of record.

/s/ Jeffrey B. Wall