UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------- x
THE CHEROKEE NATION, *et al.*,         :
                                       :
        Plaintiffs,        :
                                       :
   v.                               :   No. 1:20-cv-02167 (TJK)
                                       :
U.S. DEPARTMENT OF THE                 :
INTERIOR, *et al.*,                    :
                                       :
        Defendants.        :
                                       :
                                       :
---------------------------------- x

# [PROPOSED] ORDER

This matter comes before the Court on Plaintiffs' Motion for Summary Judgment, Defendant Governor J. Kevin Stitt's Cross-Motion for Summary Judgment, and the statements of points and authorities submitted in connection therewith. Upon consideration of the parties' Cross-Motions and accompanying Memoranda of Points and Authorities, it is hereby:

ORDERED that Defendant Stitt's Cross-Motion is GRANTED for the reasons set forth in the accompanying Memorandum Opinion; and it is

FURTHER ORDERED that judgment is entered against Plaintiffs and in favor of Defendant Governor J. Kevin Stitt on Counts I-VII of the Second Amended Complaint.

SO ORDERED.

DATED this ___ day of _____ 2026.

 

_____
Hon. Timothy J. Kelly
United States District Court Judge

**Local Rule 7(k) Appendix: Names and Addresses of Attorneys Entitled to Be Notified of This Entry**

| | |
|---|---|
| Colin Cloud Hampson<br>SONOSKY, CHAMBERS, SACHSE,<br>  ENDRESON & PERRY, LLP<br>145 Willow Street, Suite 200<br>Bonita, CA 91902-1349<br>Tel: 619-267-1306<br>Fax: 619-267-1388<br>Email:   champson@sonoskysd.com | Attorneys for CHEROKEE NATION, CHICKASAW NATION, CHOCTAW NATION, CITIZEN POTAWATOMI NATION |
| Frank S. Holleman<br>Anne DeLong<br>SONOSKY, CHAMBERS, SACHSE,<br>  ENDRESON & PERRY, LLP<br>1425 K St NW Suite 600<br>Washington, DC 20005<br>Tel: 202-682-0240<br>Fax: 202-682-0249<br>Email:   fholleman@sonosky.com<br>         adelong@sonosky.com | |
| Chad Harsha<br>CHEROKEE NATION<br>Attorney General Office<br>P.O. Box 948<br>Tahlequah, OK 74466<br>Tel: 918-453-5369<br>Email:   chad-harsha@cherokee.org | Attorney for CHEROKEE NATION |
| Stephen H. Greetham<br>GREETHAM LAW, P.L.L.C.<br>621 Greenwood Road<br>Chapel Hill, NC 27514-5921<br>Tel: 984-261-7240<br>Email:   sgreetham@greethamlaw.net | Attorneys for CHICKASAW NATION |
| Meredith Turpin<br>CHICKASAW NATION<br>Office of Executive Counsel<br>2021 Arlington St.<br>Ada, OK 74820<br>Tel.: 580-272-5748<br>E-mail:  Meredith.turpin@chickasaw.net | |

| | |
|---|---|
| Brian Danker<br>CHOCTAW NATION OF OKLAHOMA<br>Division of Legal and Compliance<br>1802 Chukka Hina<br>Durant, OK 74701<br>Tel: 580-924-8280<br>Email:   bdanker@choctawnation.com | Attorney for CHOCTAW NATION OF OKLAHOMA |
| Gregory M. Quinlan<br>George J. Wright<br>1601 S Cooper Dr.<br>Shawnee, OK 74801<br>Tel: 405-275-3121<br>Email:   gquinlan@potawatomi.org<br>            george.wright@potawatomi.org | Attorneys for CITIZEN POTAWATOMI NATION |
| Kristofor R. Swanson<br>U.S. DEPARTMENT OF JUSTICE<br>Natural Resources Section<br>150 M Street NE Suite 3.107<br>Washington, DC 20044<br>Tel: 202-305-0248<br>Email:   kristofor.swanson@usdoj.gov | Attorneys for UNITED STATES DEPARTMENT OF INTERIOR, DOUGLAS BURGUM, and WILLIAM KIRKLAND |
| Samuel R. Vice<br>U.S. DEPARTMENT OF JUSTICE<br>Environment and Natural Resources Division<br>P.O. Box 7611<br>Washington, DC 20044-7611<br>Tel: 202-353-5540<br>Email:   samuel.vice@usdoj.gov | |
| Mike McBride III<br>CROWE DUNLEVY<br>222 N. Detroit Ave., Ste. 600<br>Tulsa, OK 74120<br>Tel: 918-592-9824<br>Email:   mike.mcbride@crowedunlevy.com | Attorney for FORREST TAHDOOAHNIPPAH |

| | |
|---|---|
| Wyatt M. Rosette<br>ROSETTE, LLP<br>120 S. Ash Avenue, Suite 201<br>Tempe, AZ 85281<br>Tel: 480-889-8990<br> Email:   wrosette@rosettelaw.com<br><br>Brett Stavin<br>ROSETTE, LLP<br>400 N. Walker Ave.<br>Oklahoma City, OK 73102<br>Tel: 480-340-6445<br> Email:   bstavin@rosettelaw.com | Attorneys for JOHN R. SHOTTON |
| Phillip G. Whaley<br>Daniel G. Webber, Jr.<br>Patrick R. Pearce, Jr.<br>Matthew C. Kane<br>RYAN WHALEY<br>400 North Walnut Ave.<br>Oklahoma City, OK 73104<br>Tel: 405-239-6040<br> Email:   pwhaley@ryanwhaley.com<br>           dwebber@ryanwhaley.com<br>           rpearce@ryanwhaley.com<br>           mkane@ryanwhaley.com<br><br>Mary Catherine Zinsner<br>TROUTMAN PEPPER HAMILTON<br>  SANDERS LLP<br>401 9th Street, NW, Suite 1000<br>Washington, DC 20004<br>Tel: 202-274-1922<br>Email:   mary.zinsner@troutman.com | Attorneys for J. KEVIN STITT |

Jason Reese
GOODWIN LEWIS, PLLC
OFFICE OF THE GOVERNOR
420 NW 6th Street
Second Floor
Oklahoma City, OK 73102
Tel: 405-900-5700
Email:   jreese@goodwinlewis.com


Jeffrey B. Wall
Judson O. Littleton
Daniel A. Mejia-Cruz (*admission pending*)
SULLIVAN & CROMWELL LLP
1700 New York Avenue NW, Suite 700
Washington, D.C. 20006
Tel: 202-956-7500
Fax: 202-293-6330
Email:   wallj@sullcrom.com
         littletonj@sullcrom.com
         mejiacruzd@sullcrom.com

Paulena B. Prager (*pro hac vice pending*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Tel: 212-558-4822
Email:   pragerp@sullcrom.com


Gentner F. Drummond                              Attorneys for STATE OF OKLAHOMA
Garry M. Gaskins, II
OFFICE OF THE ATTORNEY GENERAL
313 NE 21st St.
Oklahoma City, OK 73105
Tel: 405-521-3921
 Email:   gentner.drummond@oag.ok.gov
          garry.gaskins@oag.ok.gov