**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE CHEROKEE NATION, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02167 (TJK) |
| | ) | |
| UNITED STATES DEPARTMENT OF | ) | |
| THE INTERIOR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF ERRATA TO PLAINTIFF NATIONS' CONSOLIDATED REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND RESPONSE MEMORANDUM IN OPPOSITION TO DEFENDANTS' CROSS-MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Nations file this notice to the Court to correct certain internal references in its

Consolidated Reply Memorandum in Support of Motion for Summary Judgment and Response

Memorandum in Opposition to Defendants' Cross-Motions for Summary Judgment filed on March

16, 2026, Docket No. 239.

| Page | Original sentence and reference | Corrected reference |
|---|---|---|
| 8 | Moreover, since the Agreements were no-action approved, Defendant Chairmen's Tribes have operated Class III gaming under the Agreements. *See infra* at 47 n.38; . . . . | Moreover, since the Agreements were no-action approved, Defendant Chairmen's Tribes have operated Class III gaming under the Agreements. *See infra* at 47 n.37; . . . . |
| 44 | In this case, the Governor has conceded that the Oklahoma Supreme Court's ruling on state law in *Treat I* is correct, *see infra* at 55 n.49, . . . . | In this case, the Governor has conceded that the Oklahoma Supreme Court's ruling on state law in *Treat I* is correct, *see infra* at 55 n.48, . . . . |

4937-3380-2905, v. 2

| Page | Original sentence and reference | Corrected reference |
|------|--------------------------------|---------------------|
| 44 n.35 | Chairman Shotton's attacks on *In re Treat*, *Treat I* and *Treat II* have no merit, *see infra* at 55 n.49. | Chairman Shotton's attacks on *In re Treat*, *Treat I* and *Treat II* have no merit, *see infra* at 55 n.48. |
| 53 n.44 | Defendant Shotton's reliance on *Williamson* to support his contention that the Governor had the authority to negotiate the Otoe-Missouria Agreement without legislative approval, Shotton Br. at 49 n.41, . . . | Defendant Shotton's reliance on *Williamson* to support his contention that the Governor had the authority to negotiate the Otoe-Missouria Agreement without legislative approval, Shotton Br. at 14, . . . . |
| 53 n.44 | As noted *supra* at 49 n.41, the STGA changed public policy. | As noted *supra* at 49 n.40, the STGA changed public policy. |

Plaintiff Nations apologize for any confusion these discrepancies may have caused the Court or counsel.

Respectfully submitted,

Dated: March 27, 2026

By:  */s/ Frank S. Holleman*

Frank S. Holleman, D.C. Bar # 1011376
Anne DeLong, D.C. Bar # 90031783
Sonosky, Chambers, Sachse,
  Endreson & Perry, LLP
1425 K St. NW, Suite 600
Washington, DC 20005
Tel: 202-682-0240
E-mail: fholleman@sonosky.com
          adelong@sonosky.com

Colin Cloud Hampson, D.C. Bar # 448481
Sonosky, Chambers, Sachse,
  Endreson & Perry, LLP
145 Willow Road, Suite 200
Bonita, CA 91902
Tel: 619-267-1306
E-mail: champson@sonoskysd.com

Lead Counsel for the Cherokee, Chickasaw,
  Choctaw, and Citizen Potawatomi Nations

Chad Harsha, OK Bar # 31579, *pro hac vice*
*Attorney General*
Cherokee Nation
Office of Attorney General
P.O. Box 948
Tahlequah, OK 74466
Counsel for Cherokee Nation
Tel: 918-453-5369
E-mail: chad-harsha@cherokee.org

Stephen Greetham, OK Bar # 21510, *pro hac vice*
Greetham Law, P.L.L.C.
621 Greenwood Road
Chapel Hill, NC 27514-5921
Counsel for Chickasaw Nation
Tel: 984-261-7240
E-mail: sgreetham@greethamlaw.net

Meredith Turpin, OK Bar # 22690, *pro hac vice*
Office of Executive Council
2021 Arlington St.
Ada, OK 74820
Counsel for Chickasaw Nation
Tel: 580-272-5748
E-mail: meredith.turpin@chickasaw.net

Brian Danker, OK Bar # 16638, *pro hac vice*
1802 Chukka Hina Drive
Durant, OK 74701
Counsel for Choctaw Nation
Tel: 580-924-8280
E-mail: bdanker@choctawnation.com

George Wright, OK Bar # 21873, *pro hac vice*
Citizen Potawatomi Nation
1601 S. Gordon Cooper Drive
Shawnee, OK 74801
Counsel for Citizen Potawatomi Nation
Tel: 405-275-3121
Email: george.wright@potawatomi.org

*Attorneys for Plaintiff Nations*

4937-3380-2905, v. 2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2026, I electronically filed the above and foregoing document with the Clerk of Court via the ECF System for filing.


*/s/ Frank S. Holleman*
Frank S. Holleman